UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        CASE NUMBER: 07-10498

v.                                                HONORABLE AVERN COHN
                                                  UNITED STATES DISTRICT JUDGE
CHARLES BURDEN,

                Defendant,

v.

BLUE'S FAMILY COLLISION,

                Garnishee.
_____/

ORDER DISMISSING ORDER TO SHOW CAUSE

        The Court having issued an Order to Show Cause on October 23,2007 and held

a show cause hearing on November 15, 2007.  A continuation of the show cause

hearing was scheduled for December 17, 2007.  The Plaintiff has filed a request to

dissolve the show cause as the underlying issues have been resolved.  Therefore,

        IT  IS  HEREBY ORDERED  that  the Court hereby dismisses its own Order to

Show Cause.

        SO ORDERED.


Dated:  December 17, 2007          _s/Avern Cohn_____
                                   AVERN COHN
                                   UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of
record and Blue's Family, Collision, LLC, c/o Ivory Traylor, 10600 Harper Ave., Detroit,
MI 48213 on this date, December 17, 2007, by electronic and/or ordinary mail.

                                   _s/Julie Owens_____
                                   Case Manager, (313) 234-5160